# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**WILLIAM JOSE MERCADO LOPEZ**
**aka WILLIAM MERCADO LOPEZ, aka WILLIAM**
**MERCADO**

**xxx–xx–1956**

Debtor(s)

Case No. **23–00687 ESL**

Chapter **13**

**FILED & ENTERED ON 1/8/24**

### *ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION*

This case is before the Court on Debtor's(s') motion under 11 USC § 1329 to modify the confirmed plan and to confirm the amended plan 10/4/23 (docket entry #38). It appearing that due notice was given and that there are no objections, the Court hereby grants Debtor's(s') motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, January 8, 2024 .

Enrique S. Lamoutte
United States Bankruptcy Judge